(Date of Arrest November 1, 2024)

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Edwin Lorenzo Guevara. | CRIMINAL COMPLAINT<br><br>CASE NUMBER:  24-2667MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Yuma in the District of Arizona, the defendant violated 18 U.S.C. § 554(a), offense described as follows:

**See Attachment A – Description of Count**

I further state that I am a Special Agent with Homeland Security Investigations, and that this Complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Keith Vercauteren, AUSA

*Digitally signed by KEITH VERCAUTEREN*
*Date: 2024.11.01 18:58:37 -07'00'*

Quang (Quinn) Q. Quach, HSI
Name of Complainant

*/s/ Quach*
Signature of Complainant

Sworn to telephonically before me

11/4/2024       at      Yuma, Arizona
Date                         City and State

HONORABLE JAMES F. METCALF
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# ATTACHMENT A
# DESCRIPTION OF COUNT
## COUNT 1

On or about November 1, 2024, in the District of Arizona, Defendant EDWIN LORENZO GUEVARA knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:

- Barrett .50 caliber rifle, serial number AA018626;
- Barrett .50 caliber rifle, serial number AA018203;
- Century Arms VSKA AK-47, 7.62x39 caliber rifle, serial number SV7152821;
- Century Arms VSKA AK-47, 7.62x39 caliber rifle, serial number SV7154442;
- Century Arms VSKA AK-47, 7.62x39 caliber rifle, serial number BFT 47023103;
- Century Arms VSKA AK-47, 7.62x39 caliber rifle, serial number SV7153818;
- Century Arms VSKA AK-47, 7.62x39 caliber rifle, serial number SV7154633;
- Five (5) high-capacity magazines for an AK-47 rifle; and
- Two (2) high-capacity magazines for a .50 caliber rifle.

knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Quang Quach, a Special Agent for Homeland Security Investigations (HSI) being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations (HSI). I have been appointed as a Special Agent since December of 2023. I was previously employed by the United States Navy from April 2014 to December 2022 as a nuclear surface warfare and antiterrorism officer. Since being appointed as a Special Agent, your Affiant has conducted investigations relating to Cyber Crimes and Narcotics/Firearms Smuggling.

2. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses. Based on the below facts, your Affiant submits there is probable cause to believe that EDWIN LORENZO GUEVARA (GUEVARA) attempted to smuggle goods from the United States into Mexico, in violation of Title 18, United States Code (U.S.C.), Section 554(a).

## PROBABLE CAUSE

3. On November 1, 2024, at approximately 11:25 a.m., EDWIN LORENZO GUEVARA, a United States citizen, attempted to enter Mexico through the Port of Entry, in San Luis, Arizona (SLU POE). GUEVARA was the driver and sole occupant of a red Chevy Tahoe, bearing AZ plate WJA74M (Chevy Tahoe). U.S. Customs and Border Protection (CBP) Officer Thomas contacted GUEVARA during an outbound vehicle enforcement operation with his Currency, Firearms, and Ammunition detection canine, Sissy #230597. The canine alerted to the vehicle, and GUEVARA was referred for further inspection. CBP Officer Laguna made secondary contact with GUEVARA and asked if GUEVARA had any weapons, ammunition, or currency totaling over $10,000. GUEVARA stated "no" to Officer Laguna's questions. During a Z-Portal inspection of the vehicle, CBP Officer Garibay detected anomalies in the vehicle in the vicinity of a

speaker box. Upon opening the speaker box, CBP Officer Laguna discovered multiple firearms inside the speaker box.

4. HSI Special Agents (SA) Quang Quach, Quinn Duwelius, and Thomas Taylor arrived on site. Special Agents Valenzuela and Alvarez from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) also aided in this investigation. GUEVARA was escorted to an interview room at approximately 2:00 p.m.

5. At approximately 2:02 p.m., HSI SA Quach, ATF SA Valenzuela, and ATF SA Alvarez began a recorded post-*Miranda* interview of GUEVARA. GUEVARA waived those rights and agreed to answer questions. The interview was conducted in Spanish and translated by ATF Agent Valenzuela and Alvarez, both fluent and native Spanish speakers. The following is a synopsis of the interview and not a verbatim transcript. An electronic copy of the interview will be saved.

6. During the interview, GUEVARA admitted that he knew several AK-47, 7.62x39 caliber rifles and multiple .50 caliber rifles were in the Chevy Tahoe that GUEVARA was driving. GUEVARA further admitted the firearms were placed in the Chevy Tahoe by another person, whom he recruited and paid to procure the firearms. The AK-47, 7.62x39 caliber rifles and .50 caliber rifles were going to be provided to a man in Mexico. GUEVARA advised that he was going to be paid $1500 to acquire the firearms and smuggle the firearms into Mexico himself.

7. GUEVARA went on to state that he had a long personal history with the man in Mexico, but that this was his first time transporting firearms for him. GUEVARA stated a speaker box was installed into the vehicle for the purpose of concealing firearms one week ago while he was in Mexico.

8. GUEVARA stated he met with the person he recruited at approximately 3:00 a.m. on November 1, 2024, in San Luis, Arizona. During this meeting, GUEVARA paid this person $1300 for placing the firearms into the Chevy Tahoe and drove the Chevy Tahoe from Phoenix, Arizona, to San Luis, Arizona.

9.  GUEVARA was asked what signage was posted prior to exiting the United States and entering Mexico, and GUEVARA replied the signage warns not to bring firearms into Mexico. GUEVARA also stated he was curious about the physical appearance of a .50 caliber rifle because he had never seen one. GUEVARA stated he used a drill in the vehicle to open the speaker box and saw the firearms inside the speaker box before closing the speaker box and driving to the San Luis Port of Entry.

10. When asked regarding the destination of the firearms, GUEVARA stated he believed the man in Mexico was taking the firearms to Puerto Penasco in Sonora, Mexico and Culiacan in Sinaloa, Mexico.

11. GUEVARA advised that he does not have a license to sell or export firearms.

12. GUEVARA advised that he lives in Mexico, and only stays in Yuma, Arizona occasionally when travelling for work.

## CONCLUSION

13. For these reasons, your Affiant submits that there is probable cause to believe EDWIN LORENZO GUEVARA committed the violation, Smuggling Goods from the United States, in violation of Title 18, United States Code § 554(a).

14. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

QUANG QUACH
Special Agent
Homeland Security Investigations

Electronically signed and telephonically sworn to this __4th__ day of November, 2024.

HONORABLE JAMES F. METCALF
United States Magistrate Judge

## WEEKEND PROBABLE CAUSE STATEMENT

I, Quang Quach, a Special Agent for Homeland Security Investigations (HSI) being duly sworn, hereby depose and state as follows:

I am a Special Agent with Homeland Security Investigations (HSI). I have been appointed as a Special Agent since December of 2023. I was previously employed by the United States Navy from April 2014 to December 2022 as a nuclear surface warfare and antiterrorism officer. Since being appointed as a Special Agent, your Affiant has conducted investigations relating to Cyber Crimes and Narcotics/Firearms Smuggling.

The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses. Based on the below facts, your Affiant submits there is probable cause to believe that EDWIN LORENZO GUEVARA (GUEVARA) attempted to smuggle goods from the United States into Mexico, in violation of Title 18, United States Code (U.S.C.), Section 554(a).

On November 1, 2024, at approximately 11:25 a.m., EDWIN LORENZO GUEVARA, a United States citizen, attempted to enter Mexico through the Port of Entry, in San Luis, Arizona (SLU POE). GUEVARA was the driver and sole occupant of a red Chevy Tahoe, bearing AZ plate WJA74M (Chevy Tahoe). U.S. Customs and Border Protection (CBP) Officer Thomas contacted GUEVARA during an outbound vehicle enforcement operation with his Currency, Firearms, and Ammunition detection canine, Sissy #230597. The canine alerted to the vehicle, and GUEVARA was referred for further inspection. CBP Officer Laguna made secondary contact with GUEVARA and asked if GUEVARA had any weapons, ammunition, or currency totaling over $10,000. GUEVARA stated "no" to Officer Laguna's questions. During a Z-Portal inspection of the vehicle, CBP Officer Garibay detected anomalies in the vehicle in the vicinity of a speaker box. Upon opening the speaker box, CBP Officer Laguna discovered multiple firearms inside the speaker box.

HSI Special Agents (SA) Quang Quach, Quinn Duwelius, and Thomas Taylor arrived on site. Special Agents Valenzuela and Alvarez from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) also aided in this investigation. GUEVARA was escorted to an interview room at approximately 2:00 p.m.

At approximately 2:02 p.m., HSI SA Quach, ATF SA Valenzuela, and ATF SA Alvarez began a recorded post-*Miranda* interview of GUEVARA. GUEVARA waived those rights and agreed to answer questions. The interview was conducted in Spanish and translated by ATF Agent Valenzuela and Alvarez, both fluent and native Spanish speakers. The following is a synopsis of the interview and not a verbatim transcript. An electronic copy of the interview will be saved.

During the interview, GUEVARA admitted that he knew several AK-47, 7.62x39 caliber rifles and multiple .50 caliber rifles were in the Chevy Tahoe that GUEVARA was driving. GUEVARA further admitted the firearms were placed in the Chevy Tahoe by another person, whom he recruited and paid to procure the firearms. The AK-47, 7.62x39 caliber rifles and .50 caliber rifles were going to be provided to a man in Mexico. GUEVARA advised that he was going to be paid $1500 to acquire the firearms and smuggle the firearms into Mexico himself.

GUEVARA went on to state that he had a long personal history with the man in Mexico, but that this was his first time transporting firearms for him. GUEVARA stated a speaker box was installed into the vehicle for the purpose of concealing firearms one week ago while he was in Mexico.

GUEVARA stated he met with the person he recruited at approximately 3:00 a.m. on November 1, 2024, in San Luis, Arizona. During this meeting, GUEVARA paid this person $1300 for placing the firearms into the Chevy Tahoe and drove the Chevy Tahoe from Phoenix, Arizona, to San Luis, Arizona.

GUEVARA was asked what signage was posted prior to exiting the United States and entering Mexico, and GUEVARA replied the signage warns not to bring firearms into Mexico. GUEVARA also stated he was curious about the physical appearance of a .50

caliber rifle because he had never seen one. GUEVARA stated he used a drill in the vehicle to open the speaker box and saw the firearms inside the speaker box before closing the speaker box and driving to the San Luis Port of Entry.

When asked regarding the destination of the firearms, GUEVARA stated he believed the man in Mexico was taking the firearms to Puerto Penasco in Sonora, Mexico and Culiacan in Sinaloa, Mexico.

GUEVARA advised that he does not have a license to sell or export firearms.

GUEVARA advised that he lives in Mexico, and only stays in Yuma, Arizona occasionally when travelling for work.

For these reasons, your Affiant submits that there is probable cause to believe EDWIN LORENZO GUEVARA committed the violation, Smuggling Goods from the United States, in violation of Title 18, United States Code § 554(a).

Finding Made on:
Date: 11-01-2024
Time: 1720 hrs
Signed: _____
James F. Metcalf
United States Magistrate Judge